UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                              }
                                    }     Case No: 8:10-bk-06720-CPM
SPIRIDON R. IONAS,                  }     Chapter 7
TERRI ELEANOR IONAS,                }
    Debtors.                        }

## NOTICE OF FILING

The Petition of SPIRIDON R. IONAS and TERRI ELEANOR IONAS, appearing through undersigned counsel, respectfully represents that the Debtors desire to give Notice of Filing for the following:

1.   Amended - Chapter 7 Individual Debtor's Statement of Intention

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and exact copy of the foregoing was furnished by United States Mail delivery or Electronically to v. John Brook, Trustee, 2520 MLK Street North, St. Petersburg, FL 33704 and the Assistant United States Trustee, Timberlake Annex, Suite 1200, 501 East Polk Street, Tampa, FL 33602 and to all creditors on the attached mailing matrix (matrix attached to original only) on this 13th day of May, 2010.

Charles G. Moore
**CHARLES G. MOORE, P.A.**
1135 Pasadena Avenue South
Suite 301
St. Petersburg, FL 33707
(727) 381-8080 / Fax (727) 381-0234
FBN #0886701
Attorney for Debtor(s)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Tampa Division

In re  Spiridon R. Ionas   Terri Eleanor Ionas    Case No. 8:10-bk-06720-CPM
                Debtors                                  Chapter 7

# AMENDED - CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>American General Finance | **Describe Property Securing Debt:**<br>2003 Kia Sedona LX 130,000 miles (KBB/Private Party/Fair) |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Carrington Mortgage Serv | **Describe Property Securing Debt:**<br>5646 Front Drive<br>Holiday FL 34690 |

Property will be *(check one)*:
- ☑ Surrendered
- ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:** CitiFinancial | **Describe Property Securing Debt:** 2001 Dodge Caravan Sport 105,000 miles (KBB/Private Party/Fair) |

Property will be *(check one)*:
☑ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt      ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:** HSBC Mortgage | **Describe Property Securing Debt:** 5646 Front Drive Holiday FL 34690 |

Property will be *(check one)*:
☑ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt      ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:** Pasco County Tax Collect | **Describe Property Securing Debt:** 5646 Front Drive Holiday FL 34690 |

Property will be *(check one)*:
☑ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                                    Page 3

Property is *(check one)*:
☐ Claimed as exempt                    ☒ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| Lessor's Name:<br>None | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

___0___ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 5/14/10

_____
Spiridon R. Ionas
Signature of Debtor

_____
Terri Eleanor Ionas
Signature of Joint Debtor (if any)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:10-bk-06720-CPM<br>Middle District of Florida<br>Tampa<br>Thu May 13 12:37:06 EDT 2010 | Carrington Mortgage Services, LLC<br>c/o Lawrence M. Weisberg, Esquire<br>21301 Powerline Road<br>Suite 100<br>Boca Raton, FL 33433-2389 | United States Bankruptcy Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602-3849 |
| Alfredo Fernandez MD<br>PO Box 861853<br>Orlando FL 32886-0001 | American General Finance<br>PO Box 742536<br>Cinncinati OH 45274 | Arrow Financial Services<br>5996 West Touhy Avenue<br>Niles IL 60714-4610 |
| Associated Recovery Syst<br>Dept. 5996<br>PO Box 1259<br>Oaks PA 19456-1259 | Bakkala Pulo & Assoc<br>111 N Belcher Rd<br>Suite 201<br>Clearwter FL 33765-3259 | Baxley Emergency Physici<br>PO Box 13978<br>Phildelphia PA 19101-3978 |
| Capital Management Svcs<br>726 Exchange Street<br>Suite 700<br>Buffalo NY 14210-1494 | Carrington Mortgage Serv<br>PO Box 54285<br>Irvine CA 92619-4285 | CitiFinancial<br>PO Box 20483<br>Kansas City MO 64195-0483 |
| Community Hopsital<br>PO Box 9800<br>Palm Harbor FL 34682-9800 | Deutsche Bank National T<br>c/o Kristin Coomber Esq<br>7000 W Palmetto Park Rd<br>Suite 402<br>Boca Raton FL 33433-3425 | Diagnostic Radiologu Spe<br>Dept. 4062<br>Carol Stream IL 60122-0001 |
| Financial Corp of Americ<br>PO Box 16468<br>Austin TX 78761-6468 | First Source Advantage<br>PO Box 628<br>Buffalo NY 14240-0628 | GE Money Bank<br>Attn: Bankruptcy Dept<br>PO Box 103104<br>Roswell GA 30076-9104 |
| HSBC Mortgage<br>Attn Bankruptcy Dept<br>PO Box 5213<br>Carol Stream IL 60197-5213 | JC Penny<br>Attn: Bankruptcy Dept<br>PO Box 103104<br>Roswell GA 30076-9104 | James G. Hankerson PA<br>PO Box 864241<br>Orlando FL 32886-0001 |
| LVNV Funding LLC<br>PO Box 10497<br>Greenville SC 29603-0497 | Largo Medical Center<br>201 - 14th Street SW<br>Largo FL 33770-3199 | Leading Edge Recovery So<br>5440 N Cumberland Avenue<br>Suite 300<br>Chicago IL 60656-1486 |
| MAF Collection Services<br>PO Box 2842<br>Tampa FL 33601-2842 | Macys / DSNB<br>9111 Duke Boulevard<br>Mason OH 45040-8999 | NCO Financial Systems<br>507 Prudential Road<br>Horsham PA 19044-2368 |
| Pasco County Tax Collect<br>PO Box 276<br>Dade City FL 33526-0276 | Pasco Imaging Consultant<br>PO Box 20627<br>Tampa FL 33622-0627 | Portfolio Asset Group<br>1002 Justison Street<br>Wilmington DE 19801-5148 |

Redline Recovery Service
2350 North Forrest Rd
Suite 31B
Getzville NY 14068-1398

Sams Club
GE Money Bank
Bankruptcy Department
PO Box 103104
Roswell GA 30076-9104

Sunstar
PO Box 31074
Tampa FL 33631-3074

Swedish Covenant Hospita
3732 Payshere Circle
Chicago IL 60674-0037

Swedish Emergency Assoc.
PO Box 366
Hinsdale IL 60522-0366

Target National Bank
Bankruptcy Department
PO Box 1327
Minneapolis MN 55440-1327

Tire Kingdom
PO Box 20483
Kansas City MO 64195-0483

United States Trustee - TPA7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Washington Mutual
PO Box 15145
Wilmington DE 19850-5145

Charles G Moore
Charles G Moore PA
1135 Pasadena Avenue S
Suite 301
St Petersburg, FL 33707-2856

Spiridon R. Ionas
5646 Front Drive
Holiday, FL 34690-6433

Terri Eleanor Ionas
5646 Front Drive
Holiday, FL 34690-6433

V John Brook
2520 ML King Street North
Saint Petersburg, FL 33704-2718

End of Label Matrix
Mailable recipients    42
Bypassed recipients     0
Total                  42